AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of New York  ▼

|  |  |
|---|---|
| MARGARET L. WENDT FOUNDATION HOLDINGS, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>MARK PAGANO, BARRY MORRIS, ANJA WRIGHT and DIANNE DIMATTEO CARNEY, collectively d/b/a ROYCROFT REALTY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BARRY MORRIS
Roycroft Realty
2770 Delaware Avenue
Kenmore, New York 14217

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Charles von Simson
BARCLAY DAMON LLP
200 Delaware Avenue, Suite 1200
Buffalo, New York 14202
716.858.3865

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*